# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHAEL PATRICK FINNEGAN

v. CA 06-107M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Defendant pursuant to this Court's Memorandum & Order issued on March 27, 2008 the Commissioner's Motion to Affirm is **GRANTED** and the Plaintiff's Motion for Summary Judgment is **DENIED**.

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**March 27, 2008**